Certificate Number: 05781-NJ-DE-036910729

Bankruptcy Case Number: 22-17842



05781-NJ-DE-036910729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2022, at 8:06 o'clock AM PDT, Misaris Urquiza-Mendoza completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    October 18, 2022            By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President